# UNITED STATES DISTRICT COURT

## District of Minnesota

Aliaksandr Vechar,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-513 DSD/DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The petition for writ of habeas corpus [ECF No. 1] is granted in part; and

2. Respondents shall:

(a) Complete inspection and examination of petitioner as required by 8 U.S.C. § 1159(a) within seven days of the date of this order and file a notice confirming that inspection has been completed, stating the outcome, and stating whether respondents contend that continued detention is authorized on a specified lawful basis; or

(b) Immediately release petitioner from custody in Minnesota, and file a notice confirming the date, time, and location of release.

Date: 1/28/2026

KATE M. FOGARTY, CLERK